UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------
SOUTHFIELD CONSTRUCTION, LP    )
                               )    CIVIL ACTION NO.
                               )    3:01CV1144(MRK)
v.                             )
                               )
A. VITTI CONSTRUCTION, INC.    )
and GREENWICH INSURANCE CO.    )    NOVEMBER 3, 2003
---------------------------------

## JOINT MOTION FOR EXTENSION OF PRETRIAL MEMORANDUM DEADLINE

By Order dated October 6, 2003, the Court (Kravitz, J.) granted the parties' September 12, 2003 request for an extension of time and ordered the submission of the pretrial memorandum by November 28, 2003. The undersigned counsel for all parties to this action hereby request an additional 60-day extension of the foregoing deadline. In support of this request, the undersigned counsel represent as follows:

1.  This is a relatively complex construction dispute, involving multiple disputed issues of fact and law.

2.  In an attempt to either fully resolve this matter or narrow the issues for trial, the parties have agreed to engage in

a private mediation of this matter before a construction arbitrator.

3.  The mediation had previously been scheduled for September 10, 2003.

4.  Due to a medical crisis experienced by the owner and key person at A. Vitti Construction, Inc., the mediation had to be postponed. It has now been rescheduled for December 10, 2003.

5.  The parties request an extension of the pretrial memorandum deadline until January 30, 2004 to defer the costs and time needed to comply with the pretrial order and to enable the parties to focus their resources on a potential settlement.

THE PLAINTIFF,
SOUTHFIELD CONSTRUCTION, LP

BY: _____
Timothy J. Corey
Federal Bar No. ct00398
Jennifer A. Osowiecki
Federal Bar No. ct14646
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302
Tel: (860)522-5175
Fax: (860)522-2796
Email: tcorey@pepehazard.com
       josowiecki@pepehazard.com


THE DEFENDANTS,
A. VITTI CONSTRUCTION, INC.,
ANTONIO VITTI, and RINA VITTI

By: _____
Christopher W. Huck
Federal Bar # CT15219
Michelson, Kane, Royster &
   Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
Email: cwhuck@snet.net

```
THE DEFENDANT,
GREENWICH INSURANCE CO.


BY: _____
    Gary M. Case
    Federal Bar No. CT09610
    Wolf, Horowitz, Etlinger & Case
    99 Pratt Street, 4th Floor
    Hartford, CT 06103
    Tel: (860) 724-6667
    Fax: (860) 293-1979
    Email: gcase@wolfhorowitz.com
```