## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTHFIELD CONSTRUCTION, LP | : | |
| | : | NO. 3:01CV1144(MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| A. VITTI CONSTRUCTION, INC. | : | |
| and GREENWICH INSURANCE CO. | : | |

## <u>ORDER</u>

The Joint Motion For Extension Of Pretrial Memorandum Deadline (Doc. #99), dated November 3, 2003, is hereby **GRANTED**. The parties' Pretrial Memorandum is due on or before January 30, 2004, and the case will be considered Trial Ready as of February 2004.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
U.S.D.J.

Dated at New Haven, Connecticut: <u>November 17, 2003</u>