UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday January 21, 2004
4:15 p.m.

CASE NO. **3:01cv1144 MRK**   **Southfield Construction v Vitti Construction Inc et al**

Gary M. Case
Wolf, Horowitz, Etlinger & Case
99 Platt Street, 4th FL
Hartford, CT 06103

**STATUS CONFERENCE HELD**

DATE: 1/21/04

25 min

Timothy T. Corey
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Christopher W. Huck
Michelson, Kane, Royster & Barger
93 Oak St.
Hartford, CT 06106-1552

Jennifer A. Osowiecki
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Andrea Barton Reeves
Wolf, Horowitz, Etlinger & Case
99 Platt Street, 4th FL, Ste 401
Hartford, CT 06103

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK

Case 3:01-cv-01144-MRK    Document 102    Filed 01/21/2004    Page 2 of 2

KEVIN F. ROWE, CLERK