UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------
SOUTHFIELD CONSTRUCTION, LP      )
                                 )        CIVIL ACTION NO.
v.                               )        3:01CV1144(MRK)
                                 )
A. VITTI CONSTRUCTION, INC.      )
and GREENWICH INSURANCE CO.      )
                                 )
v.                               )
                                 )
NATIONAL FIRE INSURANCE          )
COMPANY OF HARTFORD              )        MARCH 25, 2004
------------------------------


**CONSENTED TO MOTION FOR EXTENSION OF TIME TO
FILE JOINT TRIAL MEMORANDUM & OPENING BRIEFS**

By Order dated January 21, 2004, the Court (Kravitz, J.)

ordered the submission of the Joint Trial Memorandum and opening

briefs by March 29, 2004.  While the parties have exchanged

exhibits and proposed findings of fact and conclusions of law in

accordance with the Joint Trial Memorandum Instructions, the

parties seek a one-week extension of time, until April 5, 2004, to

file the Joint Trial Memorandum and opening briefs.

The parties have been comprehensively discussing a possible settlement of this case, and the parties will be meeting with Judge Garfinkel to discuss settlement on Tuesday, March 30, 2004. The parties request this one-week extension of time to defer the costs and time needed to prepare the Joint Trial Memorandum and opening briefs to enable the parties to focus their resources on a potential settlement.

THE DEFENDANTS,
A. VITTI CONSTRUCTION, INC.,
ANTONIO VITTI, and RINA VITTI


By:_____
    Christopher W. Huck
    Federal Bar # CT15219
    Michelson, Kane, Royster &
       Barger, P.C.
    93 Oak Street
    Hartford, CT 06106
    Tel: (860)522-1243
    Fax: (860)548-0194
    Email: cwhuck@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 25th day of March, 2004 to all counsel of record as follows:

Gary M. Case, Esq.
Wolf, Horowitz, Etlinger & Case
99 Pratt Street, 4th Floor
Hartford, CT 06103
Tel: (860)724-6667
Fax: (860)293-1979
Email: gcase@wolfhorowitz.com

Timothy T. Corey, Esq.
Jennifer A. Osowiecki, Esq.
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302
Tel: (860)522-5175
Fax: (860)522-2796
Email: tcorey@pepehazard.com
       josowiecki@pepehazard.com

_____
Christopher W. Huck