UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTHFIELD CONSTRUCTION, LP : | |
| : | NO. 3:01CV1144(MRK) |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| A. VITTI CONSTRUCTION, INC. : | |
| and GREENWICH INSURANCE CO. : | |

## ORDER

The Consented To Motion For Extension Of Time To File Joint Trial Memorandum & Opening Briefs [doc. #103], dated March 25, 2004, is hereby **GRANTED**. The parties shall file their Joint Trial Memorandum and opening briefs on or before **April 5, 2004**.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
       U.S.D.J.

Dated at New Haven, Connecticut: March 30, 2004.