UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SOUTHFIELD CONSTRUCTION, L.P.
      Plaintiff

V.              CIVIL ACTION NO.
              3:01CV1144 (MRK)

A. VITTI CONSTRUCTION, INC. et al
      Defendants     April 29, 2004

## CONSENTED TO MOTION FOR EXTENSION OF TIME
## TO FILE CLOSING PAPERS

  The Defendant Greenwich Insurance Company, with the consent of the Plaintiff Southfield Construction LP, and the Defendants A. Vitti Construction, Antonio Vitti and Rina Vitti, hereby moves for an extension of time of fourteen days, up to and including May 15, 2004, within which to file closing papers in connection with this matter.

  This matter was reported as settled on or about April 5. This Court thereafter issued a notice indicating that closing papers were due by May 1.

  The parties have been diligently attempting to finalize settlement documents. Due to the number of parties involved in the settlement, the parties request an additional fourteen days, up to and including May 15, 2004, within which to file closing papers.

                    THE DEFENDANT
                    GREENWICH INSURANCE COMPANY


BY _____
    Gary M. Case – ct09610
    Wolf, Horowitz, Etlinger & Case, LLC
    99 Pratt Street – Suite 401
    Hartford, CT  06103
    (860) 724-6667

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, first class, this 29th day of April, 2004 to:

Christopher W. Huck
Michelson, Kane, Royster & Barger
93 Oak Street
Hartford, CT  06106

Timothy T. Corey
Jennifer Osowiecki
Pepe & Hazard
Goodwin Square
Hartford, CT  06103

_____
Gary M. Case