UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTHFIELD CONSTRUCTION, LP : | |
| : | NO. 3:01CV1144(MRK) |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| A. VITTI CONSTRUCTION, INC. : | |
| and GREENWICH INSURANCE CO. : | |

## ORDER

The Consented To Motion For Extension Of Time To File Closing Papers [doc. #106], dated April 29, 2004, is hereby **GRANTED**.  The parties shall file closing papers in connection with this matter on or before **May 15, 2004**.

IT IS SO ORDERED.

/s/         Joan G. Margolis
UNITED STATES MAGISTRATE JUDGE

Dated at New Haven, Connecticut: May 5, 2004.