UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SOUTHFIELD CONSTRUCTION, L.P.
                  Plaintiff

V.                                                  CIVIL ACTION NO.
                                                     3:01CV1144 (MRK)

A. VITTI CONSTRUCTION, INC. et al
                  Defendants                 May 14, 2004

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE CLOSING PAPERS**

     The Defendant Greenwich Insurance Company, with the consent of the Plaintiff Southfield Construction LP, and the Defendants A. Vitti Construction, Antonio Vitti and Rina Vitti, hereby moves for an extension of time of seven days, up to and including May 22, 2004, within which to file closing papers in connection with this matter.

     This matter was reported as settled on or about April 5. This Court thereafter issued a notice indicating that closing papers were due by May 1. The parties previously sought and received an extension of time until May 15 within which to file closing papers.

     The parties have been diligently attempting to finalize settlement documents. Due to the number of parties involved in the settlement and the complexity of the documents, the parties request an additional seven days, up to and including May 22, 2004, within which to file closing papers.

                                    THE DEFENDANT
                                    GREENWICH INSURANCE COMPANY

                            BY _____
                                  Gary M. Case – ct09610
                                  Wolf, Horowitz, Etlinger & Case, LLC
                                  99 Pratt Street – Suite 401
                                  Hartford, CT  06103
                                  (860) 724-6667

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, first class, this 14th day of May, 2004 to:

Christopher W. Huck
Michelson, Kane, Royster & Barger
93 Oak Street
Hartford, CT  06106

Timothy T. Corey
Jennifer Osowiecki
Pepe & Hazard
Goodwin Square
Hartford, CT  06103

                                                                       _____
                                                                       Gary M. Case