## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTHFIELD CONSTRUCTION, LP | : | |
| | : | NO. 3:01CV1144(MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| A. VITTI CONSTRUCTION, INC. | : | |
| and GREENWICH INSURANCE CO. | : | |

## **ORDER**

The Consented To Motion For Extension Of Time To File Closing Papers [doc. #108], dated May 14, 2004, is hereby **GRANTED** *nunc pro tunc*. The parties shall file closing papers in connection with this matter on or before **May 22, 2004**.

IT IS SO ORDERED.

/s/           Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 25, 2004.