UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SOUTHFIELD CONSTRUCTION, LP   )
                              )   CIVIL ACTION NO.
v.                            )   3:01CV1144(MRK)
                              )
A. VITTI CONSTRUCTION, INC.   )
and GREENWICH INSURANCE CO.   )
                              )
v.                            )
                              )
NATIONAL FIRE INSURANCE       )
COMPANY OF HARTFORD           )   MAY 21, 2004

---

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of Civil Procedure, all parties hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice and without costs to any party.

                    THE PLAINTIFF, SOUTHFIELD
                    CONSTRUCTION, LP and THE COUNTERCLAIM
                    DEFENDANT, NATIONAL FIRE INSURANCE
                    COMPANY OF HARTFORD

BY: _____
    Timothy T. Corey
    Federal Bar No. ct00398
    Jennifer A. Osowiecki
    Federal Bar No. ct14646
    Pepe & Hazard LLP
    Goodwin Square
    Hartford, CT 06103-4302
    Tel: (860)522-5175
    Fax: (860)522-2796
    Email: tcorey@pepehazard.com
           josowiecki@pepehazard.com

THE DEFENDANTS,
A. VITTI CONSTRUCTION, INC.,
ANTONIO VITTI and RINA VITTI

BY: _____
Christopher W. Huck
Federal Bar No. CT15219
Michelson, Kane, Royster &
   Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
cwhuck@snet.net

THE DEFENDANT,
GREENWICH INSURANCE CO.

BY: _____
Gary M. Case
Federal Bar No. CT09610
Wolf, Horowitz, Etlinger & Case
99 Pratt Street, 4th Floor
Hartford, CT 06103
Tel: (860)724-6667
Fax: (860)293-1979
gcase@wolfhorowitz.com

                THE DEFENDANT
                GREENWICH INSURANCE COMPANY

BY _____
     Gary M. Case – ct09610
     Wolf, Horowitz, Etlinger & Case, LLC
     99 Pratt Street – Suite 401
     Hartford, CT 06103
     (860) 724-6667

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, first class, this 21st day of May, 2004 to:

Christopher W. Huck
Michelson, Kane, Royster & Barger
93 Oak Street
Hartford, CT 06106

Timothy T. Corey
Jennifer Osowiecki
Pepe & Hazard
Goodwin Square
Hartford, CT 06103

_____
Gary M. Case