UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| SOUTHFIELD CONSTRUCTION, LP ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:01CV1144(MRK) |
| ) | |
| A. VITTI CONSTRUCTION, INC. ) | |
| and GREENWICH INSURANCE CO. ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL FIRE INSURANCE ) | |
| COMPANY OF HARTFORD ) | MAY 21, 2004 |

---

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of Civil Procedure, all parties hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice and without costs to any party.

THE PLAINTIFF, SOUTHFIELD
CONSTRUCTION, LP and THE COUNTERCLAIM
DEFENDANT, NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD

BY: _____
Timothy T. Corey
Federal Bar No. ct00398
Jennifer A. Osowiecki
Federal Bar No. ct14646
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302
Tel: (860)522-5175
Fax: (860)522-2796
Email: tcorey@pepehazard.com
       josowiecki@pepehazard.com